IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRAIG BRENT HANNA                                                                 PLAINTIFF

vs.                                    Civil No. 2:11-cv-02105

MICHAEL J. ASTRUE                                                                 DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on August 3, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $3,910.05. This award represents 24.10 attorney hours at $152.00 per hour, 2.90 hours of paralegal time at $75.00 per hour, and expenses of $29.35. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED, this 21st day of August 2012.**

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE